**FILED**
MAY 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8411 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |
| Armando ANGULO-Raygoza, ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about May 12, 2008, within the Southern District of California, defendant Armando ANGULO-Raygoza, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF May 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

v.

Armando ANGULO-Raygoza

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Deportation Officers Christopher Salgado and Jerry Gomez.

On May 12, 2008, the defendant, identified as Armando ANGULO-Raygoza, was arrested in El Centro, California, by Deportation Officers Christopher Salgado and Jerry Gomez of Immigration and Customs Enforcement, for illegal re-entry into the United States in violation of 8 USC 1326.

On May 12, 2008, at approximately 6:00 a.m., the defendant was encountered at his residence in El Centro, California. Intelligence information had told Officers Salgado and Gomez that ANGULO had re-entered the United States and was back living in El Centro. Officers Salgado and Gomez along with other deportation officers went to ANGULO's address and knocked on the door. A woman answered the door and stated that she knew ANGULO but wasn't sure if he was home. At this time, ANGULO was seen trying to exit the back of the house through a window. Officer Gomez told the unknown woman that he knew ANGULO was inside and asked her to go and get him. ANGULO came to the front door and was placed under arrest by Officer Salgado.

Record checks of ANGULO revealed that he was previously ordered deported to Mexico by an Immigration Judge on April 22, 2008. On April 22, 2008, ANGULO was removed to Mexico via the Calexico, California, Port of Entry. Further record checks revealed that ANGULO has a criminal record.

There is no evidence that ANGULO ever sought or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, for permission to re-enter the United States.

(2)

1  Based upon the foregoing information, there is probable cause to believe that Armando
2  ANGULO-Raygoza has illegally re-entered the United States after Deportation, in violation of
3  Title 8 of the United States Code 1326, Deported Alien Found in the United States.

(3)